# Court of Appeals
# of the State of Georgia

ATLANTA,  January 12, 2023

*The Court of Appeals hereby passes the following order:*

**A23E0026. IN THE INTEREST OF N. Z. M., et al., children.**

The mother of children N. Z. M. and M. G. M. has filed an emergency motion under Court of Appeals Rule 40 (b) seeking an extension of time in which to file an application for a discretionary appeal of a juvenile court order terminating her parental rights. This is her second motion for an extension to file her application; we previously granted the mother an extension through January 15, 2023. The mother seeks a second extension because the transcripts and records of the proceedings below have not yet been prepared.

While we acknowledge that the lack of a record and transcript makes it more difficult for the mother to prepare her application, we cannot grant her a second extension of time to file the application because our rules permit "[o]nly one extension of time [to] be granted. . . ." Court of Appeals Rule 16 (c) (pertaining to extensions of the time for filing applications for discretionary appeals). Certainly, the mother may supplement her application with the record and transcript should she receive them before a decision is rendered on the application.

For this reason, we hereby DENY the emergency motion.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* <u>01/12/2023</u>

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

<u>   Stephen E. Castlen      </u> *, Clerk.*